# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. CHEN, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-01762-MJS (PC)<br><br>**ORDER STRIKING PLAINTIFF'S MOTION FOR DEPOSITION HEARING TO CONDUCT DISCOVERY**<br><br>(ECF No. 43) |

Plaintiff is a state prisoner incarcerated at the California Substance Abuse and Treatment Facility at Corcoran, California ("CSATF") proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. This matter proceeds on claims of medical indifference and retaliation against Defendant Chen and is in the discovery phase. The deadline to complete discovery is March 10, 2014.

Before the Court is Plaintiff's Motion for a Deposition Hearing to Conduct Discovery. Plaintiff wants the Court to set a hearing for the parties to conduct depositions and other discovery including third party discovery.

No procedure exists for Plaintiff to gain the relief he seeks here.

As Plaintiff previously was advised: discovery requests are to be served by the

1

parties pursuant to Federal Rule of Civil Procedure 5, 20, 26-36, and Local Rule 135; they are to be filed when required by Local Rules 250.2, 250.3, and 250.4; and discovery motions not compliant with applicable rules, procedures and requirements will be stricken. (See Order, ECF No. 28, at ¶¶ 1-5.) The instant Motion does not meet any of the requirements. If Plaintiff desires to request or respond to discovery, he must do so consistent with the foregoing. The Court can not set a hearing for Plaintiff to conduct and respond to discovery.

If Plaintiff's objective is to depose parties and/or non-parties, he is responsible for the full cost of a deposition including arranging for and compensating a court reporter, and paying for a transcript of the deposition. Plaintiff also is responsible for arranging service of any required deposition subpoena for non-parties (see Fed. R. Civ. P. 45), and costs thereof. 28 U.S.C. 1915(d). An oral deposition must be conducted in compliance with Rule 30 of the Federal Rules of Civil Procedure.

If, after reviewing the Rules, Plaintiff believes he is able to depose parties and/or non-parties in compliance with the Rules, including bearing the costs and fees thereof, Plaintiff shall notify the Court and make a showing, under penalty of perjury, that he is able to pay the costs and fees and is willing to serve any necessary deposition subpoena and retain an officer to record the transcript and prepare the record. At that juncture, the Court will determine what course of action is needed to facilitate such deposition.

Accordingly, for the reasons stated, it is HEREBY ORDERED THAT Plaintiff's Motion for a Deposition Hearing to Conduct Discovery (ECF No. 43) shall be STRICKEN from the record.

IT IS SO ORDERED.

Dated:   February 12, 2014            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE