UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. CHEN,<br><br>    Defendant. | CASE NO. 1:11-cv-01762-MJS (PC)<br><br>**ORDER GRANTING REQUEST TO NOTIFY LITIGATION COORDINATOR OF TELEPHONIC TRIAL CONFIRMATION HEARING**<br><br>**(ECF No. 50)**<br><br>**CLERK TO FAX COPY OF THIS ORDER AND ECF No. 47 TO LITIGATION COORDIANTOR AT CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY -- CORCORAN** |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Chen on Plaintiff's Eight Amendment medical indifference and First Amendment retaliation claims. (ECF No. 22.)

    The matter is set for a telephonic trial confirmation hearing before the Honorable Michael J. Seng, U.S. Magistrate Judge, on February 26, 2015 at 10:00 a.m. in Courtroom 6. (ECF No. 47.) The parties may participate in the hearing telephonically.

1

On January 16, 2015, Plaintiff requested that the Court notify the litigation coordinator at his institution of the hearing in order for Plaintiff to appear telephonically. (ECF No. 50.)

The Court's November 12, 2014 scheduling order requires defense counsel to make arrangements for Plaintiff's participation in the conference. (ECF No. 47.) Nonetheless, the Court will grant Plaintiff's request. The Clerk's Office is HEREBY DIRECTED to fax a copy of this order and the Second Scheduling Order (ECF No. 47) to the Litigation Coordinator at California Substance Abuse Treatment Facility – Corcoran.

IT IS SO ORDERED.

Dated:   January 20, 2015          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE