UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. CHEN,<br><br>　　　　　Defendant. | CASE NO. 1:11-cv-01762-MJS (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JEREMY JONES, CDCR INMATE NUMBER T-42054, PLAINTIFF**<br><br>**DATE:** APRIL 23, 2015<br><br>**TIME:** 8:30 a.m.<br><br>**PLACE:** U.S.D.C., Courtroom #6, 2500 Tulare Street, Fresno CA |

Jeremy Jones, California Department of Corrections and Rehabilitation Inmate No. T-42054, Plaintiff in this case set for trial in the United States District Court for the Eastern District of California, Fresno Division, on April 23, 2015, is confined in the California Substance Abuse Treatment Facility (CSATF) at Corcoran, California, in the custody of the Warden. In order to secure the inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Michael J. Seng at the U.S. District Court, Courtroom #6, 2500 Tulare Street, Fresno, California 93721, on Thursday, April 23, 2015, at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to participate in trial at the time and place stated above, until completion of the trial or as ordered by the Court; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CSATF, P.O. Box 7100, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to participate in trial before Judge Seng at the time and place above, until completion of the trial or as ordered by the Court; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER,** you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   March 3, 2015            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE