1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10   JEREMY JONES,                                    Case No.  1:11-cv-01762-MJS (PC)

11          Plaintiff,                                ORDER REQUIRING PRODUCTION
                                                      OF PLAINTIFF FOR TRIAL ON APRIL
12       v.                                           24, 2015 AT 9:45 A.M.

13   DR. CHEN,

14          Defendant.

15   _____/

16

17          Plaintiff **Jeremy Jones, CDCR # T-42054,** shall be produced to testify before the

18   United States District Court, at 2500 Tulare Street in Fresno, California at 9:45 a.m. on

19   Friday, April 24, 2015.

20
     IT IS SO ORDERED.
21

22       Dated:    April 23, 2015              /s/ *Michael J. Seng*
23                                             UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28