# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>             Plaintiff,<br><br>     v.<br><br>DR. CHEN,<br><br>             Defendant.<br>_____/ | Case No.  1:11-cv-01762-MJS (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF JEREMY JONES, CDCR # T-42054, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(Doc. 65) |

Jury trial commenced in this action on April 23, 2015. On April 24, 2015, the jury returned its verdict and judgment was entered.

Accordingly, **Jeremy Jones, CDCR #T-42054**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

IT IS SO ORDERED.

Dated:   April 24, 2015                        /s/ *Michael J. Seng*
                                                                UNITED STATES MAGISTRATE JUDGE