UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. CHEN,<br><br>　　　　Defendant. | CASE NO. 1:11-cv-01762-MJS (PC)<br><br>**ORDER DENYING AS MOOT (1) REQUEST FOR TRANSCRIPT ORDERING FORMS (ECF No. 95), AND (2) REQUEST FOR TRANSCRIPTS AT GOVERNMENT EXPENSE (ECF No. 96)** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action, now closed, proceeded against Defendant Chen on Plaintiff's Eighth Amendment medical indifference and First Amendment retaliation claims. (ECF No. 19.) The matter was tried by a jury and resolved in favor of Defendant. (ECF No. 86.) Plaintiff has appealed. (ECF No. 92.)

　　　　Before the Court are Plaintiff's September 10, 2015 request for transcript ordering forms (ECF No. 95) and his October 22, 2015 request for transcripts at government at expense (ECF No. 96). The request for transcripts indicates it was filed simultaneously with the appellate court. A review of the appellate docket in Case No. 15-16653 reveals that Plaintiff's request for transcripts was granted by the appellate court on November 18, 2015. (Docket in No. 15-16653, Doc. No. 7.)

　　　　Plaintiff's request having been granted by the appellate court, his requests in this

court for transcript ordering form (ECF No. 95) and transcripts at government expense (ECF No. 96) are HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:    December 18, 2015           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

2